# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **DAVID J. MANNING, JR.** | **CIVIL ACTION NO. 21-0006** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 4] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this proceeding is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 16th day of February, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE